UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-91 PAM/JMS

| | |
|---|---|
| XIAOBIN WANG, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendants. | ) |

Upon Stipulation of the Plaintiff and Defendants, no hearing being deemed necessary, and for good cause shown, it is hereby

**ORDERED** that this matter is hereby dismissed, as moot.


Dated: April  24 , 2007


                                    s/Paul A. Magnuson
                                    PAUL A. MAGNUSON
                                    U.S. DISTRICT JUDGE